# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas Jeffries,<br><br>            Plaintiff,<br><br>v.<br><br>Helios Media LLC,<br><br>            Defendant. | No. CV-15-00302-PHX-DLR<br><br>**ORDER** |

The Court has reviewed Plaintiff's Notice of Voluntary Dismissal. (Doc. 29.) For good cause shown,

**IT IS ORDERED** dismissing this case with prejudice.

Dated this 12th day of January, 2017.

_____
Douglas L. Rayes
United States District Judge